UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JANE DOE,

                Plaintiff,

-against-

OLGA PLETIN and VYACHESLAV SULEYMANOV,

                Defendants.
-------------------------------------------------------------------X

Case No.: 1:18-cv-06974
(JMA / AKT)

**ANSWER TO COMPLAINT**

Defendant Vyacheslav Suleymanov ("Suleymanov"), by his attorneys, Westerman Ball Ederer Miller Zucker & Sharfstein LLP, as and for an Answer to the Complaint of plaintiff (the "Amended Complaint"), respectfully state as follows:

**NATURE OF ACTION**

1. Suleymanov denies the allegations contained in paragraph 1 of the Complaint.

2. Suleymanov denies the allegations contained in paragraph 2 of the Complaint, except to lack knowledge of plaintiff's prior employment.

3. Suleymanov denies the allegations contained in paragraph 3 of the Complaint.

4. Suleymanov denies the allegations contained in paragraph 4 of the Complaint.

5. Suleymanov denies the allegations contained in paragraph 5 of the Complaint.

6. Suleymanov denies the allegations contained in paragraph 6 of the Complaint.

7. Suleymanov denies the allegations contained in paragraph 7 of the Complaint.

8. Suleymanov avers that paragraph 8 seeks a legal conclusion to which no response is required. To the extent a response is required, Suleymanov denies the allegations.

38. Suleymanov denies the allegations contained in paragraph 38 of the Complaint.

39. Suleymanov denies the allegations contained in paragraph 39 of the Complaint.

40. Suleymanov denies the allegations contained in paragraph 40 of the Complaint.

41. Suleymanov denies the allegations contained in paragraph 41 of the Complaint.

42. Suleymanov denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 42 of the Complaint.

43. Suleymanov denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 43 of the Complaint.

44. Suleymanov admits that plaintiff filed a charge with the NYS Division of Human Rights and aver that the charge was summarily dismissed and found to lack credibility.

45. Suleymanov denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 45 of the Complaint.

46. Suleymanov denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 46 of the Complaint.

47. Suleymanov denies the allegations contained in paragraph 47 of the Complaint.

48. Suleymanov denies the allegations contained in paragraph 48 of the Complaint.

49. Suleymanov denies the allegations contained in paragraph 49 of the Complaint.

50. Suleymanov denies the allegations contained in paragraph 50 of the Complaint.

## AS AND FOR AN ANSWER TO THE FIRST CLAIM FOR RELIEF

51. Suleymanov repeats, reiterates and realleges each and every allegation contained in the paragraphs numbered 1 through 50.

52. Suleymanov avers that paragraph 52 seeks a legal conclusion to which no response is required. To the extent a response is required, Suleymanov denies the allegations.

53. Suleymanov avers that paragraph 53 seeks a legal conclusion to which no response is required. To the extent a response is required, Suleymanov denies the allegations.

54. Suleymanov avers that paragraph 54 seeks a legal conclusion to which no response is required. To the extent a response is required, Suleymanov denies the allegations.

55. Suleymanov denies the allegations contained in paragraph 55 of the Complaint.

56. Suleymanov denies the allegations contained in paragraph 56 of the Complaint.

57. Suleymanov denies the allegations contained in paragraph 57 of the Complaint.

58. Suleymanov denies the allegations contained in paragraph 58 of the Complaint.

59. Suleymanov denies the allegations contained in paragraph 59 of the Complaint.

60. Suleymanov denies the allegations contained in paragraph 60 of the Complaint.

## AS AND FOR AN ANSWER TO THE SECOND CLAIM FOR RELIEF

61. Suleymanov repeats, reiterates and realleges each and every allegation contained in the paragraphs numbered 1 through 60.

62. Suleymanov avers that paragraph 62 seeks a legal conclusion to which no response is required. To the extent a response is required, Suleymanov denies the allegations.

63. Suleymanov denies the allegations contained in paragraph 63 of the Complaint.

64. Suleymanov denies the allegations contained in paragraph 64 of the Complaint.

65. Suleymanov denies the allegations contained in paragraph 65 of the Complaint.

66. Suleymanov avers that paragraph 66 seeks a legal conclusion to which no response is required. To the extent a response is required, Suleymanov denies the allegations.

67. Suleymanov denies the allegations contained in paragraph 67 of the Complaint.

68. Suleymanov denies the allegations contained in paragraph 68 of the Complaint.

69. Suleymanov denies the allegations contained in paragraph 69 of the Complaint.

70. Suleymanov denies the allegations contained in paragraph 70 of the Complaint.

## AS AND FOR AN ANSWER TO THE THIRD CLAIM FOR RELIEF

71. Suleymanov repeats, reiterates and realleges each and every allegation contained in the paragraphs numbered 1 through 70.

72. Suleymanov avers that paragraph 72 seeks a legal conclusion to which no response is required. To the extent a response is required, Suleymanov denies the allegations.

73. Suleymanov denies the allegations contained in paragraph 73 of the Complaint.

74. Suleymanov denies the allegations contained in paragraph 74 of the Complaint.

75. Suleymanov denies the allegations contained in paragraph 75 of the Complaint.

76. Suleymanov denies the allegations contained in paragraph 76 of the Complaint.

77. Suleymanov denies the allegations contained in paragraph 77 of the Complaint.

## AS AND FOR AN ANSWER TO THE FOURTH CLAIM FOR RELIEF

78. Suleymanov repeats, reiterates and realleges each and every allegation contained in the paragraphs numbered 1 through 77.

79. Suleymanov avers that paragraph 79 seeks a legal conclusion to which no response is required. To the extent a response is required, Suleymanov denies the allegations.

80. Suleymanov denies the allegations contained in paragraph 80 of the Complaint.

81. Suleymanov denies the allegations contained in paragraph 81 of the Complaint.

82. Suleymanov denies the allegations contained in paragraph 82 of the Complaint.

83. Suleymanov denies the allegations contained in paragraph 83 of the Complaint.

## AS AND FOR AN ANSWER TO THE FIFTH CLAIM FOR RELIEF

84. Suleymanov repeats, reiterates and realleges each and every allegation contained in the paragraphs numbered 1 through 83.

85. Suleymanov avers that paragraph 85 seeks a legal conclusion to which no response is required. To the extent a response is required, Suleymanov denies the allegations.

86. Suleymanov denies the allegations contained in paragraph 86 of the Complaint.

87. Suleymanov denies the allegations contained in paragraph 87 of the Complaint.

88. Suleymanov denies the allegations contained in paragraph 88 of the Complaint.

### AS AND FOR AN ANSWER TO THE SIXTH CLAIM FOR RELIEF

89. Suleymanov repeats, reiterates and realleges each and every allegation contained in the paragraphs numbered 1 through 88.

90. Suleymanov avers that paragraph 90 seeks a legal conclusion to which no response is required. To the extent a response is required, Suleymanov denies the allegations.

91. Suleymanov denies the allegations contained in paragraph 91 of the Complaint.

92. Suleymanov denies the allegations contained in paragraph 92 of the Complaint.

93. Suleymanov denies the allegations contained in paragraph 93 of the Complaint.

94. Suleymanov denies the allegations contained in paragraph 94 of the Complaint.

### AS AND FOR AN ANSWER TO THE SEVENTH CLAIM FOR RELIEF

95. Suleymanov repeats, reiterates and realleges each and every allegation contained in the paragraphs numbered 1 through 94.

96. Suleymanov avers that paragraph 96 seeks a legal conclusion to which no response is required. To the extent a response is required, Suleymanov denies the allegations.

97. Suleymanov denies the allegations contained in paragraph 97 of the Complaint.

98. Suleymanov denies the allegations contained in paragraph 98 of the Complaint.

99. Suleymanov denies the allegations contained in paragraph 99 of the Complaint.

100. Suleymanov denies the allegations contained in paragraph 100 of the Complaint.

### AS AND FOR AN ANSWER TO THE EIGHTH CLAIM FOR RELIEF

101. Suleymanov repeats, reiterates and realleges each and every allegation contained in the paragraphs numbered 1 through 100.

102. Suleymanov avers that paragraph 102 seeks a legal conclusion to which no response is required. To the extent a response is required, Suleymanov denies the allegations.

103. Suleymanov avers that paragraph 103 seeks a legal conclusion to which no response is required. To the extent a response is required, Suleymanov denies the allegations.

104. Suleymanov avers that paragraph 104 seeks a legal conclusion to which no response is required. To the extent a response is required, Suleymanov denies the allegations.

105. Suleymanov avers that paragraph 105 seeks a legal conclusion to which no response is required. To the extent a response is required, Suleymanov denies the allegations.

106. Suleymanov denies the allegations contained in paragraph 106 of the Complaint.

107. Suleymanov denies the allegations contained in paragraph 107 of the Complaint.

108. Suleymanov denies the allegations contained in paragraph 108 of the Complaint.

109. Suleymanov denies the allegations contained in paragraph 109 of the Complaint.

## AS AND FOR AN ANSWER TO THE NINTH CLAIM FOR RELIEF

110. Suleymanov repeats, reiterates and realleges each and every allegation contained in the paragraphs numbered 1 through 109.

111. Suleymanov denies the allegations contained in paragraph 111 of the Complaint.

112. Suleymanov denies the allegations contained in paragraph 112 of the Complaint.

113. Suleymanov denies the allegations contained in paragraph 113 of the Complaint.

## AS AND FOR AN ANSWER TO THE TENTH CLAIM FOR RELIEF

114. Suleymanov repeats, reiterates and realleges each and every allegation contained in the paragraphs numbered 1 through 113.

115. Suleymanov denies the allegations contained in paragraph 115 of the Complaint.

116. Suleymanov denies the allegations contained in paragraph 116 of the Complaint.

117. Suleymanov denies the allegations contained in paragraph 117 of the Complaint.

## AS AND FOR AN ANSWER TO THE ELEVENTH CLAIM FOR RELIEF

118. Suleymanov repeats, reiterates and realleges each and every allegation contained in the paragraphs numbered 1 through 117.

119. Suleymanov avers that paragraph 119 seeks a legal conclusion to which no response is required. To the extent a response is required, Suleymanov denies the allegations.

120. Suleymanov denies the allegations contained in paragraph 120 of the Complaint.

121. Suleymanov denies the allegations contained in paragraph 121 of the Complaint.

122. Suleymanov denies the allegations contained in paragraph 122 of the Complaint.

## AS AND FOR AN ANSWER TO THE TWELFTH CLAIM FOR RELIEF

123. Suleymanov repeats, reiterates and realleges each and every allegation contained in the paragraphs numbered 1 through 122.

124. Suleymanov avers that paragraph 124 seeks a legal conclusion to which no response is required. To the extent a response is required, Suleymanov denies the allegations.

125. Suleymanov avers that paragraph 125 seeks a legal conclusion to which no response is required. To the extent a response is required, Suleymanov denies the allegations.

126. Suleymanov denies the allegations contained in paragraph 126 of the Complaint.

127. Suleymanov denies the allegations contained in paragraph 127 of the Complaint.

128. Suleymanov denies the allegations contained in paragraph 128 of the Complaint.

## AS AND FOR AN ANSWER TO THE THIRTEENTH CLAIM FOR RELIEF

129. Suleymanov repeats, reiterates and realleges each and every allegation contained in the paragraphs numbered 1 through 128.

130. Suleymanov avers that paragraph 130 seeks a legal conclusion to which no response is required. To the extent a response is required, Suleymanov denies the allegations.

131. Suleymanov denies the allegations contained in paragraph 131 of the Complaint.

132. Suleymanov denies the allegations contained in paragraph 132 of the Complaint.

133. Suleymanov denies the allegations contained in paragraph 133 of the Complaint.

## AS AND FOR AN ANSWER TO THE FOURTEENTH CLAIM FOR RELIEF

134. Suleymanov repeats, reiterates and realleges each and every allegation contained in the paragraphs numbered 1 through 133.

135. Suleymanov avers that paragraph 135 seeks a legal conclusion to which no response is required. To the extent a response is required, Suleymanov denies the allegations.

136. Suleymanov denies the allegations contained in paragraph 136 of the Complaint.

137. Suleymanov denies the allegations contained in paragraph 137 of the Complaint.

138. Suleymanov denies the allegations contained in paragraph 138 of the Complaint.

## AS AND FOR AN ANSWER TO THE FIFTEENTH CLAIM FOR RELIEF

139. Suleymanov repeats, reiterates and realleges each and every allegation contained in the paragraphs numbered 1 through 138.

140. Suleymanov denies the allegations contained in paragraph 140 of the Complaint.

141. Suleymanov denies the allegations contained in paragraph 141 of the Complaint.

142. Suleymanov denies the allegations contained in paragraph 142 of the Complaint.

143. Suleymanov denies the allegations contained in paragraph 143 of the Complaint.

144. Suleymanov denies the allegations contained in paragraph 144 of the Complaint.

145. Suleymanov denies the allegations contained in paragraph 145 of the Complaint.

## AS AND FOR AN ANSWER TO THE SIXTEENTH CLAIM FOR RELIEF

146. Suleymanov repeats, reiterates and realleges each and every allegation contained in the paragraphs numbered 1 through 145.

147. Suleymanov denies the allegations contained in paragraph 147 of the Complaint.

148. Suleymanov denies the allegations contained in paragraph 148 of the Complaint.

149. Suleymanov denies the allegations contained in paragraph 149 of the Complaint.

150. Suleymanov denies the allegations contained in paragraph 150 of the Complaint.

151. Suleymanov denies the allegations contained in paragraph 151 of the Complaint.

### AS AND FOR AN ANSWER TO THE SEVENTEENTH CLAIM FOR RELIEF

152. Suleymanov repeats, reiterates and realleges each and every allegation contained in the paragraphs numbered 1 through 151.

153. Suleymanov denies the allegations contained in paragraph 153 of the Complaint.

154. Suleymanov denies the allegations contained in paragraph 154 of the Complaint.

155. Suleymanov denies the allegations contained in paragraph 155 of the Complaint.

156. Suleymanov denies the allegations contained in paragraph 156 of the Complaint.

157. Suleymanov denies the allegations contained in paragraph 157 of the Complaint.

158. Suleymanov denies the allegations contained in paragraph 158 of the Complaint.

159. Suleymanov denies the allegations contained in paragraph 159 of the Complaint.

160. Suleymanov denies the allegations contained in paragraph 160 of the Complaint.

161. Suleymanov denies the allegations contained in paragraph 161 of the Complaint.

### AS AND FOR AN ANSWER TO THE EIGHTEENTH CLAIM FOR RELIEF

162. Suleymanov repeats, reiterates and realleges each and every allegation contained in the paragraphs numbered 1 through 161.

163. Suleymanov denies the allegations contained in paragraph 163 of the Complaint.

164. Suleymanov denies the allegations contained in paragraph 164 of the Complaint.

165. Suleymanov denies the allegations contained in paragraph 165 of the Complaint.

166. Suleymanov denies the allegations contained in paragraph 166 of the Complaint.

## AS AND FOR AN ANSWER TO THE NINETEENTH CLAIM FOR RELIEF

167. Suleymanov repeats, reiterates and realleges each and every allegation contained in the paragraphs numbered 1 through 166.

168. Suleymanov denies the allegations contained in paragraph 168 of the Complaint.

169. Suleymanov denies the allegations contained in paragraph 169 of the Complaint.

170. Suleymanov denies the allegations contained in paragraph 170 of the Complaint.

171. Suleymanov denies the allegations contained in paragraph 171 of the Complaint.

## AS AND FOR AN ANSWER TO THE TWENTIETH CLAIM FOR RELIEF

172. Suleymanov repeats, reiterates and realleges each and every allegation contained in the paragraphs numbered 1 through 171.

173. Suleymanov denies the allegations contained in paragraph 173 of the Complaint.

174. Suleymanov denies the allegations contained in paragraph 174 of the Complaint.

175. Suleymanov denies the allegations contained in paragraph 175 of the Complaint.

176. Suleymanov denies the allegations contained in paragraph 176 of the Complaint.

177. Suleymanov denies the allegations contained in paragraph 177 of the Complaint.

178. Suleymanov denies the allegations contained in paragraph 178 of the Complaint.

## AS AND FOR AN ANSWER TO THE TWENTY-FIRST CLAIM FOR RELIEF

179. Suleymanov repeats, reiterates and realleges each and every allegation contained in the paragraphs numbered 1 through 178.

180. Suleymanov denies the allegations contained in paragraph 180 of the Complaint.

181. Suleymanov denies the allegations contained in paragraph 181 of the Complaint.

182. Suleymanov denies the allegations contained in paragraph 182 of the Complaint.

183. Suleymanov denies the allegations contained in paragraph 183 of the Complaint.

184. Suleymanov denies the allegations contained in paragraph 184 of the Complaint.

185. Suleymanov denies the allegations contained in paragraph 185 of the Complaint.

186. Suleymanov denies the allegations contained in paragraph 186 of the Complaint.

187. Suleymanov denies the allegations contained in paragraph 187 of the Complaint.

**AS AND FOR AN ANSWER TO THE TWENTY-SECOND CLAIM FOR RELIEF**

188. Suleymanov repeats, reiterates and realleges each and every allegation contained in the paragraphs numbered 1 through 187.

189. Suleymanov denies the allegations contained in paragraph 189 of the Complaint.

190. Suleymanov denies the allegations contained in paragraph 190 of the Complaint.

191. Suleymanov denies the allegations contained in paragraph 191 of the Complaint.

192. Suleymanov denies the allegations contained in paragraph 192 of the Complaint.

193. Suleymanov denies the allegations contained in paragraph 193 of the Complaint.

194. Suleymanov denies the allegations contained in paragraph 194 of the Complaint.

**AS AND FOR AN ANSWER TO THE TWENTY-THIRD CLAIM FOR RELIEF**

195. Suleymanov repeats, reiterates and realleges each and every allegation contained in the paragraphs numbered 1 through 194.

196. Suleymanov denies the allegations contained in paragraph 196 of the Complaint.

197. Suleymanov avers that paragraph 197 seeks a legal conclusion to which no response is required. To the extent a response is required, Suleymanov denies the allegations.

198. Suleymanov denies the allegations contained in paragraph 198 of the Complaint.

199. Suleymanov denies the allegations contained in paragraph 199 of the Complaint.

200. Suleymanov denies the allegations contained in paragraph 200 of the Complaint.

201. Suleymanov denies the allegations contained in paragraph 201 of the Complaint.

202. Suleymanov denies the allegations contained in paragraph 202 of the Complaint.

203. Suleymanov denies the allegations contained in paragraph 203 of the Complaint.

204. Suleymanov denies the allegations contained in paragraph 204 of the Complaint.

## AS AND FOR AN ANSWER TO THE TWENTY-FOURTH CLAIM FOR RELIEF

205. Suleymanov repeats, reiterates and realleges each and every allegation contained in the paragraphs numbered 1 through 204.

206. Suleymanov avers that paragraph 206 seeks a legal conclusion to which no response is required. To the extent a response is required, Suleymanov denies the allegations.

207. Suleymanov denies the allegations contained in paragraph 207 of the Complaint.

208. Suleymanov denies the allegations contained in paragraph 208 of the Complaint.

209. Suleymanov denies the allegations contained in paragraph 209 of the Complaint.

## AFFIRMATIVE AND OTHER DEFENSES

Suleymanov asserts the following defenses and affirmative defenses, as the latter are defined in Rule 8(c) of the Federal Rules of Civil Procedure, without assuming any burden of proof that otherwise does not exist as a matter of law.

210. The Complaint, and each and every purported cause of action contained therein, fails to state facts sufficient to constitute a cause of action.

211. Suleymanov is not a proper defendant in this action as he was not Plaintiff's "employer" within the scope of the Fair Labor Standards Act or the New York State Labor Law.

212. The Complaint, and each and every purported cause of action contained therein, is barred, in whole or in part, by the applicable statutes of limitations.

213. Suleymanov, at all times, acted in good faith to comply with the FLSA and the New York State Labor Law, and with reasonable grounds to believe that their actions did not violate the statutes cited in the Complaint, and so, Suleymanov asserts good faith as a defense to any claim by Plaintiff for liquidated damages.

214. Suleymanov, at all times, acted with a lack of willfulness or intent to violate the FLSA or any other statutes cited in the Complaint, and so, Plaintiff cannot establish a willful violation under Section 6(a) of the Portal-to-Portal Act, 29 U.S.C. § 255(a).

215. Plaintiff's claims are barred, in whole or in part, because actions taken in connection with Plaintiff's compensation were done in good faith, in conformity with and reliance upon written administrative regulations, orders, rulings, approvals, interpretations, and written and unwritten administrative practices or enforcement policies of the Administrator of the Wage and Hour Division of the United States Department of Labor.

216. Plaintiff's claims are barred, in whole or in part, because any acts or omissions giving rise to this action were done in good faith, and with reasonable grounds for believing that the actions or omissions were not a violation of the FLSA or the New York State Labor Law.

217. Plaintiff's claims are barred to the extent Plaintiff failed, refused, and/or neglected to mitigate or avoid the damages complained of in the Complaint, if any.

218. If Plaintiff succeeds in establishing any violation under the FLSA or the New York State Labor Law, and to the extent any sums are found due and owing to Plaintiff, Suleymanov is entitled to a set-off against said sum to the extent paid, tendered, waived, compromised, and/or released prior to the adjudication herein, including but not limited to those amounts paid, tendered, waived, compromised., and/or released through any other proceeding, either formal or informal, or to the extent any additional compensation was paid to Plaintiff over and above her wages.

219. Any claim for additional compensation by Plaintiff must be reduced by compensation already paid to Plaintiff for periods not compensable under the Fair Labor Standards Act and New York State Labor Law.

220. The Complaint fails to state a claim upon which prejudgment interest may be granted.

221. At all times, Suleymanov made complete and timely payments of all wages due to Plaintiff.

222. Plaintiff was paid for all overtime they were entitled, if any.

223. The Complaint, and each and every purported cause of action contained therein, is barred, in whole or in part, to the extent they have been resolved by the New York State Division of Human Rights and are subject res judicata and/or collateral estoppel.

224. The Complaint, and each and every purported cause of action contained therein, is barred, in whole or in part, by the doctrine of laches.

225. The Complaint, and each and every purported cause of action contained therein, is barred, in whole or in part, by the doctrines of waiver and estoppel.

226. The Complaint, and each and every purported cause of action contained therein, is barred, in whole or in part, by the doctrine of unclean hands.

227. The Complaint, and each and every purported cause of action contained therein, is barred to the extent Plaintiff seek equitable relief because they have an adequate remedy at law.

228. Plaintiff's Complaint, to the extent it seeks exemplary or punitive damages, violates Suleymanov's rights to procedural due process under the Fourteenth Amendment to the United States Constitution and to substantive due process under the Fifth and Fourteenth Amendments to the United States Constitution, and, therefore, fails to state a cause of action upon which exemplary or punitive damages may be awarded.

229. During all times relevant to the allegations contained in the Complaint, Suleymanov acted in full conformity with all applicable statutes and common laws.

230. Suleymanov did not violate any duty owed to Plaintiff, if any.

231. Plaintiff's damages, if any, are the result of his own acts or omissions, and/or the acts or omissions of third parties over whom Suleymanov has no control.

232. If Suleymanov took any adverse action towards Plaintiff, such actions were for legitimate non-discriminatory reasons.

233. Plaintiff cannot demonstrate that there was a causal connection between any protected activity and an adverse employment action.

234. Suleymanov took no action intentional, negligent or otherwise to cause Plaintiff's emotional distress.

235. Plaintiff's claims for injuries are barred by the exclusive jurisdiction provisions of, and the exclusive remedies available under, the New York Worker's Compensation Act.

236. The Complaint fails to state a claim for compensatory or punitive damages, injunctive relief, costs, interest or for attorneys' fees, nor is Plaintiff entitled to relief under governing law and/or the facts of this case.

237. Any damages recovered on the Complaint are to be reduced by any benefits from collateral sources.

238. The Complaint is barred, in whole or in part, because Suleymanov had in place corrective or preventative measures to remedy retaliation in the workplace and Plaintiff failed to utilize such measures.

239. In the event that Plaintiff can demonstrate that an impermissible factor was a motivating factor in the employment decision that she challenges (which Suleymanov denies), she is not entitled to money damages, reinstatement or other relief because Suleymanov would have taken the same actions in the absence of any impermissible factor, and accordingly are not liable to Plaintiff.

240. The Complaint is barred, in whole or in part, by Plaintiff's failure to satisfy, exhaust, and/or comply with the necessary statutory and/or administrative prerequisites prior to the commencement of this action.

241. Plaintiff's claims for relief are barred, in whole or in part, by virtue of Plaintiff's misconduct, including any evidence of misconduct which was discovered after Plaintiff's termination.

242. Suleymanov did not sexually harass Plaintiff in any way. As a result, Plaintiff's claims relating to alleged harassment should be dismissed.

243. Despite the claims in the Complaint, it was Plaintiff who sexually harassed Suleymanov.

244. To the extent that Plaintiff is awarded any damages in connection with this action, Suleymanov is entitled to indemnification and/or contribution from co-defendant Olga Pletin.

245. In addition to the foregoing defenses, Suleymanov reserves the right to amend their Answer to the Complaint to raise any and all additional affirmative and other defenses that may become evident during discovery and during any other proceeding in this action or pursue any available counterclaims against Plaintiff as those claims become known during this litigation.

**WHEREFORE,** Suleymanov denies that plaintiff is entitled to any of the relief claimed in the Complaint, respectfully requests a trial by jury and request that this Court dismiss the action with prejudice, award Suleymanov his costs and reasonable attorneys' fees herein and further relief as this Court may deem just and proper.

Dated: Uniondale, New York
       March 15, 2019

                                  WESTERMAN BALL EDERER ZUCKER MILLER
                                  ZUCKER & SHARFSTEIN, LLP

                    By:   _____
                              Philip J. Campisi, Jr., Esq.
                              1201 RXR Plaza
                              Uniondale, New York 11556
                              (516) 622-9200
                              *Attorneys for Vyacheslav Suleymanov*