UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



JANE DOE,

        Plaintiff,

– against –

OLGA PLETIN and VYACHESLAV SULEYMANOV,

        Defendants.

Case No. 18-06974



## STIPULATION OF VOLUNTARY DISMISSAL

WHEREAS, on December 6, 2018, Plaintiff Jane Doe filed a Complaint against Defendants Olga Pletin and Vyacheslav Suleymanov (ECF No. 1);

WHEREAS, on April 5, 2019, Plaintiff Jane Doe filed an Amended Complaint against Defendants Olga Pletin and Vyacheslav (ECF No. 19);

WHEREAS, on April 25, 2019, Defendant Vyacheslav Suleymanov filed an Answer (ECF No. 25);

WHEREAS, on May 23, 2019, Defendant Olga Pletin filed an Answer (ECF No. 28);

WHEREAS, on October 25, 2019, the parties entered into a binding settlement agreement pursuant to which, *inter alia*, this action is being withdrawn with prejudice;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Jane Doe and Defendants Olga Pletin and Vyacheslav Suleymanov, by their respective undersigned counsel, as follows:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the current action should be dismissed with prejudice. All parties will bear their own costs in connection with this case.

Dated: New York, New York
October 30, 2019

**FRESHFIELDS BRUCKHAUS DERINGER US LLP**

*/s/ Shannon Leitner*

Linda H. Martin
Shannon M. Leitner
Christian Vandergeest
601 Lexington Ave., 31st Floor
New York, NY 10022
Telephone: (212) 277-4000
linda.martin@freshfields.com
shannon.leitner@freshfields.com
christian.vandergeest@freshfields.com

**SHPIGEL & ASSOCIATES, P.C.**

_____
Irina Shpigel
110 Wall Street, Suite 4-054
New York, New York 10005
Telephone: (212) 390-1013
ishpigel@iselaw.com

*Attorneys for Defendant Olga Pletin*

**THE LEGAL AID SOCIETY**

Carmela Huang, *Supervising Attorney, Employment Law Unit*
Sumani Lanka, *Staff Attorney, Employment Law Unit*
199 Water Street, 3rd Floor
New York, New York 10038
Telephone: (212) 577-3300

*Attorneys for Plaintiff Jane Doe*

**WESTERMAN BALL EDERER ZUCKER MILLER ZUCKER & SHARFSTEIN, LLP**

_____
Philip J. Campisi Jr.
1201 RXR Plaza
Uniondale, New York 11556
Telephone: (516) 622-9200

*Attorneys for Defendant Vyacheslav Suleymanov*

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the current action should be dismissed with prejudice. All parties will bear their own costs in connection with this case.

Dated: New York, New York
October 30, 2019

| | |
|---|---|
| **FRESHFIELDS BRUCKHAUS DERINGER US LLP** | **SHPIGEL & ASSOCIATES, P.C.** |
| _____ | _____ |
| Linda H. Martin | Irina Shpigel |
| Shannon M. Leitner | 110 Wall Street, Suite 4-054 |
| Christian Vandergeest | New York, New York 10005 |
| 601 Lexington Ave., 31st Floor | Telephone: (212) 390-1013 |
| New York, NY 10022 | ishpigel@iselaw.com |
| Telephone: (212) 277-4000 | |
| linda.martin@freshfields.com | *Attorneys for Defendant Olga Pletin* |
| shannon.leitner@freshfields.com | |
| christian.vandergeest@freshfields.com | |
| | |
| **THE LEGAL AID SOCIETY** | **WESTERMAN BALL EDERER ZUCKER MILLER ZUCKER & SHARFSTEIN, LLP** |
| Carmela Huang, *Supervising Attorney, Employment Law Unit* | |
| Sumani Lanka, *Staff Attorney, Employment Law Unit* | |
| 199 Water Street, 3rd Floor | _____ |
| New York, New York 10038 | Philip J. Campisi Jr. |
| Telephone: (212) 577-3300 | 1201 RXR Plaza |
| | Uniondale, New York 11556 |
| *Attorneys for Plaintiff Jane Doe* | Telephone: (516) 622-9200 |
| | |
| | *Attorneys for Defendant Vyacheslav Suleymanov* |

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the current action should be dismissed with prejudice. All parties will bear their own costs in connection with this case.

Dated: New York, New York
October 30, 2019

| | |
|---|---|
| **FRESHFIELDS BRUCKHAUS DERINGER US LLP** | **SHPIGEL & ASSOCIATES, P.C.** |
| Linda H. Martin<br>Shannon M. Leitner<br>Christian Vandergeest<br>601 Lexington Ave., 31st Floor<br>New York, NY 10022<br>Telephone: (212) 277-4000<br>linda.martin@freshfields.com<br>shannon.leitner@freshfields.com<br>christian.vandergeest@freshfields.com | Irina Shpigel<br>110 Wall Street, Suite 4-054<br>New York, New York 10005<br>Telephone: (212) 390-1013<br>ishpigel@iselaw.com<br><br>*Attorneys for Defendant Olga Pletin* |
| **THE LEGAL AID SOCIETY**<br>Carmela Huang, *Supervising Attorney, Employment Law Unit*<br>Sumani Lanka, *Staff Attorney, Employment Law Unit*<br>199 Water Street, 3rd Floor<br>New York, New York 10038<br>Telephone: (212) 577-3300<br><br>*Attorneys for Plaintiff Jane Doe* | **WESTERMAN BALL EDERER ZUCKER MILLER ZUCKER & SHARFSTEIN, LLP**<br><br>Philip J. Campisi Jr.<br>1201 RXR Plaza<br>Uniondale, New York 11556<br>Telephone: (516) 622-9200<br><br>*Attorneys for Defendant Vyacheslav Suleymanov* |

So Ordered.

1/23/20

s/Carol Bagley Amon